THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 John Williams, III, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE 
COURT OF APPEALS

Appeal From Greenville County
 H. Dean Hall, Circuit Court Judge

Memorandum Opinion No. 2004-MO-068
Heard December 7, 2003  Filed November 29, 2004

AFFIRMED

Chief Attorney Daniel T. Stacey, of S.C. Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia, and Solicitor Robert M. Ariail, of Greenville, for Respondent.

JUSTICE WALLER:  We granted a writ of certiorari to review the Court of Appeals opinion in State v. Williams, Op. No. 2001-UP-324 (Ct. App. filed June 18, 2001).  The sole issue on certiorari is whether Williams was entitled to a circumstantial evidence charge pursuant to State v. Edwards, 298 S.C. 272, 379 S.E.2d 888, cert. denied, 493 U.S. 895 (1989).  This matter is affirmed in light of our opinion in State v. Cherry, Op. No. 25902, S.C. Sup. Ct. filed November 29, 2004, (Shearouse Adv. Sh. No. 46).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT, JJ., and Acting Justice Reginald I. Lloyd, concur.